UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| TERRI LYNN WORLEY, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 2:15-CR-12 (10) |
| | ) | | 2:15-CV-305 |
| UNITED STATES OF AMERICA, | ) | *Judge Jordan* | |
| | ) | | |
| Respondent. | ) | | |

## **JUDGMENT**

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** that Petitioner's motion to amend her § 2255 motion to vacate, set aside or correct her sentence [Doc. 319], is **DENIED** as moot, and her § 2255 motion and amended § 2255 motions [Docs. 293, 319, 326] are **DENIED** and **DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this judgment, the notice will be treated as an application for a certificate of appealability, which is **DENIED**, 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b), because she has not made a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** that any such appeal from this judgment would not taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT